Thomas S. Rosenthal, Esq.
(TR-8021)
11 Broadway, Suite 2150
New York, New York 10004
(212) 582-6651

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK DEVINO,<br><br>    Plaintiff,<br><br>-against-<br><br>PENTHOUSE MEDIA GROUP INC.,<br><br>    Defendant. | ECF CASE<br><br>07 CV 7510 (LAP)(MHD)<br><br>**DECLARATION OF SERVICE** |

Joel Christoph declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 18 and not a party to this action. On September 14, 2007, I personally served a copy of the Summons and Complaint, dated August 24, 2007, and all other required papers pursuant to Instructions for Filing an Electronic Case, on Penthouse Media Group Inc, located at 2 Penn Plaza, New York, New York.

2. The individual served was Laurence B. Sutter, Senior Counsel of Penthouse Magazine, who stated that he was authorized to accept legal documents on behalf of Penthouse Media Group Inc.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT. THIS DECLARATION IS EXECUTED ON THE 18th DAY OF SEPTEMBER, 2007.

_____
Joel Christoph