Preska, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
FRANK DEVINO,

                          Plaintiff,

       -against-

PENTHOUSE MEDIA GROUP, INC.,

                         Defendant.
----------------------------------------------------------x

Case No. 07 CV 7510 (LAP)(MHD)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendant that Defendant's time to answer, move or otherwise respond to the Complaint herein shall be extended to and including October 18, 2007.

                                          LAW OFFICES – THOMAS S. ROSENTHAL
                                          11 Broadway, Suite 2150
                                          New York, New York 10004
                                          (212) 582-6651

Dated: October __, 2007        By: _____
                                                  Thomas S. Rosenthal (TR 8021)
                                                  *Attorneys for Plaintiff*

                                          JACKSON LEWIS LLP
                                          One North Broadway, 15th Floor
                                          White Plains, New York 10601
                                          (914) 328-0404

Dated: October 2, 2007        By: _____
                                                  Jonathan M. Kozak (JK 9619)
                                                  *Attorneys for Defendant*

SO ORDERED THIS 3rd
DAY OF October 2007.

_____
Hon. Loretta A. Preska
United States District Judge