Preska, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FRANK DEVINO,

                Plaintiff,

-against-

PENTHOUSE MEDIA GROUP, INC.,

                Defendant.

------------------------------------------------------------x

Case No. 07 CV 7510 (LAP)(MHD)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and counsel for Defendant that Defendant's time to answer, move or otherwise respond to the Complaint herein shall be extended to and including November 1, 2007.

Dated: October __, 2007    By: _____[signature]_____
LAW OFFICES – THOMAS S. ROSENTHAL
11 Broadway, Suite 2150
New York, New York 10004
(212) 582-6651
Thomas S. Rosenthal (TR 8021)
*Attorneys for Plaintiff*

Dated: October 18, 2007    By: _____[signature]_____
JACKSON LEWIS LLP
One North Broadway, 15th Floor
White Plains, New York 10601
(914) 328-0404
Jonathan M. Kozak (JK 9619)
*Attorneys for Defendant*

SO ORDERED THIS 22nd
DAY OF October, 2007.

_____[signature]_____
Hon. Loretta A. Preska
United States District Judge