UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jackson Lewis LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Jonathan M. Kozak (JK 9619)
Steven D. Baderian (SB 3868)
*Attorney for Defendant*

-------------------------------------------------------X

FRANK DEVINO,

                    Plaintiff,

   -against-                                07 CV 7510 (LAP)(MHD)

PENTHOUSE MEDIA GROUP INC.,

                    Defendant.

-------------------------------------------------------X

## NOTICE OF APPEARANCE

TO CLERK OF THE COURT:

      Please enter the appearance of Jonathan M. Kozak, Esq. and Steven D. Baderian, Esq. as attorneys for Defendant Penthouse Media Group Inc. in this action.

                              Jonathan M. Kozak (JK 9619)
                                *kozakj@jacksonlewis.com*
                              Steven D. Baderian (SB 3868)
                               *baderias@jacksonlewis.com*
                              JACKSON LEWIS LLP
                           One North Broadway, Suite 1502
                           White Plains, New York 10601
                              Tel: (914) 328-0404

                                Respectfully submitted,

                                JACKSON LEWIS LLP
                                One North Broadway, Suite 1502
                                White Plains, New York  10601

                                _____
                                Jonathan M. Kozak (JK 9619)
                                Steven D. Baderian (SB 3868)
                                *ATTORNEYS FOR DEFENDANT*

Dated:  November 1, 2007
          White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jackson Lewis LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Jonathan M. Kozak (JK 9619)
Steven D. Baderian (SB 3868)
*Attorney for Defendant*

-------------------------------------------------------X

FRANK DEVINO,

                Plaintiff,

    -against-                         07 CV 7510 (LAP)(MHD)

PENTHOUSE MEDIA GROUP INC.,

                Defendant.

-------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, hereby certify that a true and correct copy of Defendant's Notice of Appearance has been served via regular First Class Mail, postage pre-paid on November 1, 2007 upon:

Thomas S. Rosenthal, Esq.
LAW OFFICES OF THOMAS S. ROSENTHAL
11 Broadway, Suite 2150
New York, New York 10004
*Attorneys for Plaintiff*

_____
Jonathan M. Kozak