UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jackson Lewis LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Jonathan M. Kozak (JK 9619)
Steven D. Baderian (SB 3868)
*Attorney for Defendant*

------------------------------------------------------x

FRANK DEVINO,

                Plaintiff,

    -against-                        07 CV 7510 (LAP)(MHD)

PENTHOUSE MEDIA GROUP INC.,

                Defendant.

------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualifications or recusal, the undersigned attorneys of record for Defendant Penthouse Media Group Inc. ("Defendant"), certify that Defendant is not a publicly owned corporation. Defendant does not have a parent corporation. A publicly held company called Interactive Brand Development, Inc. ("IBD") owns more than 10% of the stock in Defendant. With the exception of IBD, no other publicly held corporation owns 10% or more of Defendant's stock.

                                                        Respectfully submitted,

                                                        JACKSON LEWIS LLP
                                                        One North Broadway, Suite 1502
                                                        White Plains, New York  10601

                                                         _____
                                                        Jonathan M. Kozak (JK 9619)
                                                        Steven D. Baderian (SB 3868)

                                                        *ATTORNEYS FOR DEFENDANT*

Dated:  November 1, 2007
           White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jackson Lewis LLP
One North Broadway, Suite 1502
White Plains, New York 10601
(914) 328-0404
Jonathan M. Kozak (JK 9619)
Steven D. Baderian (SB 3868)
*Attorney for Defendant*

---------------------------------------------------------------x

FRANK DEVINO,

                Plaintiff,

   -against-                         07 CV 7510 (LAP)(MHD)

PENTHOUSE MEDIA GROUP INC.,

                Defendant.

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of Defendant's Rule 7.1 Disclosure Statement was served via regular U.S. mail, postage pre-paid on November 1, 2007 upon:

Thomas S. Rosenthal, Esq.
LAW OFFICES OF THOMAS S. ROSENTHAL
11 Broadway, Suite 2150
New York, New York 10004
*Attorneys for Plaintiff*

_____
Jonathan M. Kozak