LAW OFFICES
THOMAS S. ROSENTHAL

11 BROADWAY
SUITE 2150
NEW YORK, NY 10004

TELEPHONE: (212) 582-6651
FACSIMILE: (212) 582-5087
EMAIL: TROSENTHAL@ROSENTHAL-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

December 20, 2007

**Via Facsimile (212.805.7941) and U.S. Mail**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312

Re:  **Devino v. Penthouse Media Group Inc.; 07cv7510 (LAP) (MHD)**

Dear Judge Preska:

    We are the attorneys for plaintiff Frank Devino in the above-referenced lawsuit. We apologize for not apprising the Court of the status of the case by December 10, 2007, following the parties' December 6, 2007 mediation.

    The parties have reached an agreement in principle to resolve all issues in the lawsuit, subject to drafting and finalization of the settlement papers. The final settlement papers will include a stipulated dismissal with prejudice, subject to the Court's retention of jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted,

Thomas S. Rosenthal

cc:  Jonathan M. Kozak, Esq. (Attorneys for defendant) (via facsimile and U.S. Mail)

*Counsel shall inform the Court by letter no later than January 18, 2008, of the status of the action, unless the stipulation of discontinuance is filed prior thereto.*

*December 31, 2007*

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE