PRESKA/T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08

------------------------------------------------------------x
FRANK DEVINO,

                Plaintiff,

    -against-                        07 CV 7510 (LAP)(MHD)

PENTHOUSE MEDIA GROUP INC.,

                Defendant.
------------------------------------------------------------x

### STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Frank Devino and Defendant Penthouse Media Group Inc., through their respective undersigned counsel, that the above-captioned action shall be and hereby is dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any Party. The Parties request, however, that the Court retain jurisdiction over this matter to enforce the terms of the Parties' separate Confidential Negotiated Settlement Agreement, if necessary.

                                      LAW OFFICES OF THOMAS S. ROSENTHAL
                                      11 Broadway, Suite 2150
                                      New York, New York 10004
                                      (212) 582-6651

1-17-08
_____      By: _____
Date                                    Thomas S. Rosenthal (TR 8021)
                                    *Attorneys for Plaintiff*

                                      JACKSON LEWIS LLP
                                      One North Broadway
                                      White Plains, New York 10601
                                      (914) 328-0404

1/18/08
_____      By: _____
Date                                    Jonathan M. Kozak (JK 9619)
                                    *Attorneys for Defendant*

                                      SO ORDERED:

Dated: _____, 2008        _____
                                      Hon. Loretta A. Preska
                                      United States District Judge

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

January 25, 2008